UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MIRIAM BOWIE** | * | |
| | * | |
| Plaintiff | * | CIVIL ACTION NO. |
| | * | |
| **VERSUS** | * | SECTION |
| | * | |
| **STATE OF LOUISIANA, THROUGH** | * | DISTRICT JUDGE: |
| **THE LOUISIANA HOUSING** | * | |
| **CORPORATION AND KEITH** | * | MAGISTRATE JUDGE: |
| **CUNNINGHAM, INDIVIDUALLY** | * | |
| **AND IN HIS OFFICIAL CAPACITY** | * | |
| **AS EXECUTIVE DIRECTOR** | * | |
| | * | |
| Defendants | * | |

**************************************

**NOTICE OF REMOVAL**

**NOW INTO COURT**, through undersigned counsel, comes the named defendant, **State of Louisiana, through the Louisiana Housing Corporation ("LHC")**, who submits this *Notice of Removal* to United States District Court for the Middle District of Louisiana, relative to the above captioned matter, and who respectfully represents:

(I)

The State of Louisiana, through the Louisiana Housing Corporation has been named as a defendant in a civil suit brought against it in the 19th Judicial District Court for the Parish of East Baton Rouge, and entitled "*Miriam Bowie v. State of Louisiana, through the Louisiana Housing Corporation, and Keith Cunningham, Individually and in his Official Capacity as Executive Director,*" and bearing docket No. C-708664. A copy of the *Petition* is attached as Exhibit "A".

## NOTICE OF REMOVAL IS TIMELY

(II)

Miriam Bowie commenced the referenced state court action on or about **June 14, 2021**. Service of Process of Citation and plaintiff's Petition was made upon defendant, State of Louisiana through the Louisiana Housing Corporation, on **June 18, 2021.**

(III)

Service of Citation and Petition has yet to be effectuated upon the named co-defendant, Keith Cunningham.

(IV)

Accordingly, this Notice of Removal is being filed within thirty (30) days after defendants' receipt of a copy of the pleadings setting forth the claim for relief upon which the action is based, as required by 28 U.S.C. § 1441(b); and consequently, this Notice of Removal is timely filed as per the provisions of 28 U.S.C. § 1446(B).

(V)

The Fifth Circuit has interpreted 28 U.S.C. §§ 1446(a) and (b) to require that all properly served defendants join in a Notice of Removal.  See: *Getty Oil, Division of Texaco v. Insurance Company of North America*, 841 F.2d 1254, 1263 (5th Cir. 1988).  As of the date of this Notice, co-defendant, Keith Cunningham, has yet to be served with the Citation and Petition.

## JURISDICTION IS BASED ON FEDERAL QUESTION

(VI)

In her Petition, Miriam Bowie alleges claims of sex-based discrimination/harassment and retaliation against these defendants, and arising out of her employment with the LHC.  Relevant to the instant *Notice of Removal*, she has asserted claims against Mr. Cunningham, her former

supervisor at the LHC, pursuant to 42 U.S.C. § 1983, and as alleged in Paragraph 11 of the Petition (Exhibit A), has filed a Charge of Discrimination with the United States Equal Employment Opportunity Commission and is awaiting receipt of her Notice of Right to Sue letter, so that she may amend the instant Petition to assert a claim of sex-based discrimination/harassment and retaliation pursuant to Title VII of the Civil Rights Act of 1964 as amended, 42 USC § 2000(e), et seq.

(VII)

She additionally asserts pendant claims of sex-based discrimination/harassment and retaliation pursuant to La.R.S. 23:301 et seq. and pursuant to La.R.S. 23:967.

(VIII)

This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because plaintiff has brought this action under the laws of the United States, specifically 42 U.S.C. § 1983 and 42 USC § 2000(e), et seq.

(IX)

Inasmuch, this action is removable under 28 U.S.C. § 1441 without regards to the citizenship or residence of the aforesaid parties.

(X)

Pursuant to 28 U.S.C. § 1446(a), defendant attaches as Exhibit "B" its *Certificate of Filing of State Court Record*; and a copy of all process, pleadings and orders filed in the state court action, to date, and served on defendants is attached as Exhibit "C".

(XI)

Concurrent with this filing, defendants have delivered written notice of same to the Clerk of Court for the 19th JDC, as well as counsel for plaintiff and co-defendant, Keith Cunningham; and LHC attaches to this pleading a copy of its *Certificate of Compliance With Requirement to Give Notice of Removal (*Exhibit "D"); the written notice is attached as Exhibit E. Also attached hereto as Exhibit F is LHC's *List of Attorneys and Parties in State Court Action.*

**WHEREFORE**, defendant, **State of Louisiana, through the Louisiana Housing Corporation,** prays that this cause be removed from the 19th JDC for the Parish of East Baton Rouge, and to this Honorable Court as provided by law, and thereupon proceed with this civil action as if originally commenced in this Court.

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:  __/s/Darren A. Patin_____
         **DARREN A. PATIN, #23244**
Special Assistant Attorney General
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile:  (504) 836-6565
Counsel for Defendant, **State of Louisiana, through the Louisiana Housing Corporation**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 16th day of July, 2021 electronically filed the above with the Clerk of Court utilizing the CM/ECF system, and/or have served a copy of the foregoing pleading on the parties of record by way of email or US Mail.

*s/Darren A. Patin*
_____
**DARREN A. PATIN**